# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAY KVAM,
          Appellant,
       vs.
BRIAN MINEAU; AND LEGION
INVESTMENTS, LLC,
          Respondents.

No. 85128

FILED

SEP 07 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant's unopposed motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Lynne K. Simons, District Judge
       Madelyn Shipman, Settlement Judge
       Matuska Law Offices, Ltd.
       Gunderson Law Firm
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

22-28016